**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2114

JUDY CURRY,

Plaintiff - Appellant,

versus

THE POCAHONTAS TIMES, County newspaper,
business, located in Marlinton, WV; PAMELA
PRITT, Personally and in her professional
capacity as Managing Editor, The Pocahontas
Times; WILLIAM P. MCNEEL, Personally and in
his professional capacity as Editor and owner,
The Pocahontas Times; JANE PRICE-SHARP,
Personally and in her capacity as Editor
Emerita and owner, The Pocahontas Times,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (CA-03-106)

Submitted:  February 9, 2005        Decided:  February 14, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Judy Curry, Appellant Pro Se. Martin Vaughan Saffer, Marlinton,
West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Judy Curry appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Curry v. Pocahontas Times</u>, No. CA-03-106 (N.D.W. Va. Aug. 4, 2004). We deny Curry's motions to proceed in forma pauperis, to suspend the briefing order, and to expedite and transfer the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>